## STEIN *vs.* FELTHEIMER.

[ACTION FOR DAMAGES AGAINST LESSEE OF MOBILE WATER-WORKS.]

1. *Practice in appeal cases involving less than twenty dollars.*—In an appeal case involving less than twenty dollars, which is tried by the court without the intervention of a jury, (Code, § 2369,) to enable the supreme court to revise the judgment of the circuit court, all the evidence must be set out in the bill of exceptions.

APPEAL from the Circuit Court of Mobile.
Tried before the Hon. THOMAS A. WALKER.

THIS action was brought against Albert Stein, the lessee of the city water-works of Mobile, to recover $10 damages for unlawfully closing and stopping the plaintiff's hydrant; was commenced in a justice's court, and removed by the defendant to the circuit court. The judgmert of the circuit court is now assigned as error.

F. S. BLOUNT, and R. H. SMITH, for appellants.
GEO. N. STEWART, *contra.*

RICE, C. J.—On an appeal to the circuit court, from the judgment of a justice of the peace, when the sum claimed does not exceed twenty dollars, the cause must be tried by the court without the intervention of a jury. It is not necessary to file any complaint or any plea. Code, §§ 2368, 2369. No complaint or plea was filed in this case; but the parties submitted the cause to the court, and adduced such evidence as they respectively thought proper to adduce ; and, after hearing all the evidence, the court gave judgment for the plaintiff, for ten dollars and costs. Whether the court erred in its judgment upon the evidence, it is impossible for us to say, because the bill of exceptions does not set forth all the evidence which was submitted to the court below. To have enabled us to revise that judgment, all the evidence should have been set out in the record.—Barnes v. Mobley, 21 Ala. 232; Shaw v. Beers, 25 Ala. 449.

The record does not show any error, and the judgment must be affirmed.